441 A.2d 464

Old Republic Insurance, Co. v. Rich, Appellant.

Argued May 26, 1981. Donald H. Niko-laus, for appellant; Arthur Berman, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

The order is affirmed on the clear, orderly and comprehensive opinion of the learned and distinguished Honorable D. Richard Eckman of the Lancaster County Court of Common Pleas.